```
QUIN DENVIR, Bar #49374
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant                    OK/HAV
JOSE A. ZAMORA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>  v.<br><br>JOSE A. ZAMORA,<br><br>           Defendant. | Cr.S. 05-219-DFL<br><br><br><br>STIPULATION AND ORDER TO<br>EXTEND TIME |

    JOSE A. ZAMORA, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, Matthew D. Segal, Assistant United States Attorney, hereby agree that the status conference set for June 30, 2005 be continued to September 1, 2005 at 10:00 a.m.  This continuance is requested because the defense counsel requires additional time to obtain discovery, continue our investigation, and to interview our client and other witnesses.

    The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).

1  The parties stipulate that this interest of justice
2  outweighs the interest of the public and the defendant in a
3  speedy trial.  18 U.S.C §3161(h)(8)(A), and further that this
4  good cause outweighs the public's interest in the prompt
5  disposition of criminal cases.
6  Accordingly, all counsel and Mr. Zamora agree that the time
7  from June 30, 2005 through September 1, 2005 should be excluded
8  in computing the time within which trial must commence under the
9  Speedy Trial Act, §3161(h)(8)(B)(iv) and Local Code T4.
10 [reasonable time to prepare].

DATED:   June 30, 2005

                                        Respectfully submitted,
                                        QUIN DENVIR
                                        Federal Defender

                                        /S/ Dennis S. Waks
                                        _____
                                        DENNIS S. WAKS
                                        Supervising Assistant Federal
                                        Defender
                                        Attorney for Defendant
                                        JOSE A. ZAMORA


                                        McGREGOR SCOTT
                                        United States Attorney

DATE:   June 30, 2005
                                        /S/ Dennis S. Waks for

                                        _____
                                        MATTHEW D. SEGAL
                                        Assistant United States Attorney

**SO ORDERED.**

Dated: 7/7/2005

                                        _____
                                        DAVID F. LEVI
                                        United States District Judge