1  QUIN DENVIR, Bar #49374
   Federal Defender
2  DENNIS S. WAKS, Bar #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   JOSE A. ZAMORA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Cr.S. 05-219-DFL |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER TO EXTEND TIME |
| JOSE A. ZAMORA, | ) | |
| Defendant. | ) | |

JOSE A. ZAMORA, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, Matthew D. Segal, Assistant United States Attorney, hereby agree that the status conference set for September 1, 2005 be continued to September 29, 2005 at 9:00 a.m.  This continuance is requested because the defense counsel requires additional time to obtain discovery, continue our investigation, and to interview our client and other witnesses.

The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).

1

The parties stipulate that this interest of justice outweighs the interest of the public and the defendant in a speedy trial.  18 U.S.C §3161(h)(8)(A), and further that this good cause outweighs the public's interest in the prompt disposition of criminal cases.

Accordingly, all counsel and Mr. Zamora agree that the time from September 1, 2005 through September 29, 2005 should be excluded in computing the time within which trial must commence under the Speedy Trial Act, §3161(h)(8)(B)(iv) and Local Code T4. [reasonable time to prepare].

DATED:   August 11, 2005

                                  Respectfully submitted,
                                  QUIN DENVIR
                                  Federal Defender

                                  /S/ Dennis S. Waks
                                  _____
                                  DENNIS S. WAKS
                                  Supervising Assistant Federal
                                  Defender
                                  Attorney for Defendant
                                  JOSE A. ZAMORA

                                  McGREGOR SCOTT
                                  United States Attorney

DATE:   August 11, 2005
                                  /S/ Dennis S. Waks for

                                  _____
                                  MATTHEW D. SEGAL
                                  Assistant United States Attorney


**SO ORDERED.**

Dated:  August 16, 2005.   /s/Lawrence K. Karlton
                                  Lawrence K. Karlton for
                                  David F. Levi
                                  Chief Judge