1  QUIN DENVIR, Bar #49374
   Federal Defender
2  DENNIS S. WAKS, Bar #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant                    **OK/HAV**
   JOSE A. ZAMORA

              IN THE UNITED STATES DISTRICT COURT

              FOR THE EASTERN DISTRICT OF CALIFORNIA

   UNITED STATES OF AMERICA,    )    Cr.S. 05-219-DFL
                                )
              Plaintiff,        )    STIPULATION AND [PROPOSED]
                                )    ORDER TO CONTINUE MOTION
        v.                      )    BRIEFING SCHEDULE AND MOTION
                                )    HEARING
   JOSE A. ZAMORA,              )
                                )    Date: February 2, 2006
              Defendant.        )    Time: 10:00 a.m.
   _____)    Judge: David F. Levi

        JOSE A. ZAMORA, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, Matthew D. Segal, Assistant United States Attorney, hereby agree that the motion hearing currently set for December 15, 2005 be re-set for February 2, 2006 at 10:00 a.m.  It is further stipulated that the following will be the new briefing schedule:

        Defendant's motions due on December 15, 2005;

        Government's response due on January 12, 2006;

        Defendant's reply due on January 26, 2006

        by 12:00 p.m.;

        This continuance is requested because the defense counsel

1

requires additional time to continue our investigation, to interview our client and other witnesses, and to complete our pretrial motions.

The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time for pretrial motions necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 and 18 U.S.C. § 3161(h)(1)(F) and Local Code E.

The parties stipulate that this interest of justice outweighs the interest of the public and the defendant in a speedy trial, 18 U.S.C §3161(h)(8)(A), and further that this good cause outweighs the public's interest in the prompt disposition of criminal cases.

Accordingly, all counsel and Mr. Zamora agree that the time from December 15, 2005 through February 2, 2006 should be excluded in computing the time within which trial must commence under the Speedy Trial Act, §3161(h)(8)(B)(iv) and Local Code T4 [reasonable time to prepare] and § 3161 (h)(1)(F) and Local Code E [pretrial motions].

DATED:   November 1, 2005

        Respectfully submitted,
        QUIN DENVIR
        Federal Defender

        /S/ Dennis S. Waks

        _____
        DENNIS S. WAKS
        Supervising Assistant Federal
        Defender

```
                                    Attorney for Defendant
                                    JOSE A. ZAMORA


                                    McGREGOR SCOTT
                                    United States Attorney

DATE:   November 1, 2005
                                    /S/ Dennis S. Waks for
                                    _____
                                    MATTHEW D. SEGAL
                                    Assistant United States Attorney
```

**SO ORDERED.**

Dated: 11/10/2005

_____
DAVID F. LEVI
United States District Judge