```
DENNIS S. WAKS, Bar #142581
Federal Defender
LEXI NEGIN, D.C. Bar #446153
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700          OK/HAV

Attorneys for Defendant
JOSE ANGEL ZAMORA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-05-219-DFL |
| Plaintiff, | ) ) | STIPULATION CONTINUING MOTION HEARING AND MODIFYING BRIEFING SCHEDULE |
| v. | ) ) | |
| JOSE ANGEL ZAMORA | ) ) | |
| Defendant. | ) | Judge:   Hon. David F. Levi |
| _____ | ) | |

This case is currently scheduled for a motions hearing on February 2, 2006. The Court has informed the parties that the Court is not available on that date. The attorneys for both parties have conferred and, if convenient to the Court, request to schedule the motions hearing for March 9, 2006. The attorneys have further agreed to amend the briefing schedule in this case so that the government's response to Mr. Zamora's Motions to Suppress Evidence and Statement be filed on or before February 9, 2006, and that any reply by Mr. Zamora to the government's response be filed on or before February 16, 2006.

A proposed order is attached and lodged separately for the court's convenience.

DATED: January 13, 2006                Respectfully submitted,

McGREGOR W. SCOTT                      DENNIS S. WAKS
United States Attorney                 Federal Defender


    /s/ Matthew Segal                    /s/ Lexi Negin
MATTHEW SEGAL                          LEXI NEGIN
Assistant U.S. Attorney                Assistant Federal Defender
Attorney for United States             Attorney for JOSE ANGEL ZAMORA

Stip. To Continue Status          2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-05-219-DFL |
| ) | |
| Plaintiff, ) | ORDER CONTINUING MOTION HEARING |
| ) | AND MODIFYING BRIEFING SCHEDULE |
| v. ) | |
| ) | |
| JOSE ANGEL ZAMORA ) | |
| ) | Judge:   Hon. David F. Levi |
| Defendant. ) | |
| ) | |
| _____ ) | |

For the reasons set forth in the stipulation of the parties, filed on January 13, 2006, IT IS HEREBY ORDERED:

That the status conference currently scheduled for February 2, 2006, be continued until Thursday, March 9, 2006, at 10:00 a.m.

The Court further ORDERS that the government's response to Mr. Zamora's Motions to Suppress Evidence and Statements is due on or before February 9, 2006, and that any reply by Mr. Zamora to the government's response is due on or before February 16, 2006.

Dated: January 20, 2006

_____
DAVID F. LEVI
United States District Judge

Stip. To Continue Status                      1