```
MCGREGOR W. SCOTT
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708                    OK/HAV
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 05-219 DFL |
| Plaintiff, ) | |
| ) | ***REVISED*** |
| v. ) | STIPULATION AND ORDER TO SET |
| ) | TRIAL DATE AND EXCLUDE TIME |
| JOSE A. ZAMORA, ) | |
| Defendant. ) | |
| _____) | |

The parties stipulate and agree that time beginning June 13, 2006 and extending through August 15, 2006 should be excluded from the calculation of time under the Speedy Trial Act. Further, the parties request that the Court set a trial date of August 15, 2006 at 8:30 a.m. and a trial confirmation date of August 3, 2006 at 10:00 a.m.  The parties submit that the ends of justice are served by the Court excluding the time between now and trial, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  In particular, the time is required so that the government and defense may evaluate the evidence and prepare

//

1

1 it for presentation at trial.  The parties stipulate that this
2 interest of justice outweighs the best interests of the public
3 and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

                                                Respectfully Submitted,

                                                McGREGOR W. SCOTT
                                                United States Attorney

DATE: June 13, 2006         By:   /s/ Matt Segal
                                                  MATTHEW D. SEGAL
                                                  Assistant U.S. Attorney

DATE: June 13, 2006                /s/ Lexi P. Negin
                                                  LEXI P. NEGIN
                                                  Counsel for Jose Zamora

**SO ORDERED.**

                                                DAVID F. LEVI
                                                United States District Judge