IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,　　　　　　　　No. 2:05-cr-0219 JAM JFM

    vs.

JOSE ZAMORA,

    Defendant.　　　　　　　　ORDER

_____/

    Pursuant to stipulation between the parties and for good cause show, IT IS HEREBY ORDERED that movant, Jose Zamora, may have until October 16, 2009 to notify the court whether he intends to pursue the instant Section 2255 motion or seek leave to file an amended motion.

DATED: August 17, 2009.

                                              UNITED STATES MAGISTRATE JUDGE

/001; zamo0219.eot