IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,                    No. 2:05-cr-0219 JAM JFM

    vs.

JOSE ZAMORA,

    Movant.                       <u>ORDER</u>

_____/

    Pursuant to stipulation between the parties and for good cause shown, IT IS HEREBY ORDERED that movant Jose Zamora has until November 16, 2009 to notify the court whether he intends to pursue the instant Section 2255 motion or seek leave to file an amended motion.

    IT IS SO ORDERED.

DATED: October 29, 2009.

                                      UNITED STATES MAGISTRATE JUDGE

/001; zamo0219.eot2

1