IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,                                No. 2:05-cr-0219 JAM JFM

    vs.

JOSE A. ZAMORA,

    Movant.                                    <u>ORDER</u>

_____/

        By order filed June 17, 2009, movant was appointed new counsel to represent him and counsel was directed to inform the court whether movant intends to pursue the instant § 2255 motion or seek leave to file an amended petition. After being granted several extensions of time, counsel has now informed the court of his intent to file an amended petition pursuant to Fed. R. Civ. P. 15(a). Good cause appearing, IT IS HEREBY ORDERED that movant's request (#85) is granted. Movant shall file an amended motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255 within thirty days from the date of this order.

DATED: November 23, 2009.

                                                  UNITED STATES MAGISTRATE JUDGE

/001; zamo0219.amd