IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

   Respondent,       No. 2:05-cr-0219 JAM JFM

 vs.

JOSE ZAMORA,

   Movant.         <u>ORDER</u>

_____/

   On April 2, 2010, respondent filed a motion for an order finding waiver of attorney-client privilege and for discovery. On April 6, 2010, the parties filed a stipulation as to a briefing schedule for the April 2, 2010 motion.

   Based thereon, IT IS HEREBY ORDERED that:

   1. Movant shall file his opposition on or before April 26, 2010; and

   2. Respondent shall file a reply, if any, on or before May 10, 2010.

DATED: April 8, 2010.

                 UNITED STATES MAGISTRATE JUDGE

/014;zamo0219.disc

1