IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | NO.  2:05-CR-219 JAM JFM |
| Respondent, | |
| v. | |
| JOSE ZAMORA, | ORDER |
| Movant. | |

Good cause having been shown, the court hereby grants the parties' joint request to extend discovery to February 18, 2011.

DATE: January 3, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

/014;zamo0219.eot4