IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Respondent,                  No. 2: 05-cr-0219 KJM JFM

    vs.

JOSE ANGEL ZAMORA,

        Movant.                     ORDER

_____/

        Movant, Jose Angel Zamora, proceeding through counsel, seeks relief under 28 U.S.C. § 2255 from a sentence of 151 months imprisonment after movant was convicted by a jury of one count of possession with intent to distribute methamphetamine. Movant raises two claims in his motion. First, movant asserts that trial counsel was ineffective for failing to advise him that he could plead guilty to the charges without a plea agreement and that he could plead guilty on the day of trial. Second, movant claims that trial counsel was ineffective when he failed to advise him regarding his safety-valve eligibility as well as counsel's failure to litigate petitioner's safety-valve eligibility. Based upon the motion, files, and records of this case, the court has determined that an evidentiary hearing is warranted in this case.[1] The court expects to

---

[1] Respondent concedes that an evidentiary hearing is warranted at least with respect to movant's first claim.

hear testimony from both the government and movant's trial counsel, as well as receive any and all evidence (such as notes, documents, records) relating to movant's claims.

On August 30, 2012, movant individually filed a motion to expedite decision on his § 2255 motion. Movant is proceeding through counsel, yet movant himself filed his motion to expedite. The motion to expedite will be denied as movant filed the motion individually and not by his attorney of record. Furthermore, the court notes that an evidentiary hearing on movant's claims has now been set.

Accordingly, IT IS HEREBY ORDERED that:

1. An evidentiary hearing is set for January 31, 2013, at 1:00 p.m. in Courtroom # 26 at the United States Courthouse located at 501 I Street, Sacramento, California 95814, subject to the ability to have movant present physically at that date and time in accordance with the separate order and writ of habeas corpus ad testificandum;

2. The evidentiary hearing is limited to: testimony and other evidence (such as notes, documents, and records) relating to movant's claims; and

3. Movant's motion to expedite (Dkt. No. 128.) is DENIED.

DATED: December 6, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

14
zamo0219.evidhrg