IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Respondent, | No. 2:  05-cr-0219 KJM KJFM |
| vs. | |
| JOSE ANGEL ZAMORA, | |
| Movant. | ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM |

Movant, Jose Angel Zamora (Register # 15728-097), seeks relief under 28 U.S.C. § 2255 from a sentence of 151 months imprisonment after movant was convicted by a jury of one count of conspiracy to distribute methamphetamine.  An evidentiary hearing in this matter is set for January 31, 2013 at 1:00 p.m. in Courtroom # 26 at the United States Courthouse located at 501 I Street, Sacramento, California 95814.  Movant's presence is required at this hearing.  Thus, this order includes a writ of habeas corpus ad testificandum requiring movant's presence on January 31, 2013 at 1:00 p.m. in the above mentioned courtroom.

Movant, a federal prisoner, is currently being confined FCI Lompoc, in Lompoc, California, 93436, in the custody of Warden Richard B. Ives (Warden).  To secure this inmate's presence at the evidentiary hearing, it is necessary that a Writ of Habeas Corpus ad

Testificandum issue.

Accordingly, IT IS HEREBY ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this Court, commanding the Warden to produce inmate Jose Angel Zamora so that he may be present and testify at the time and place stated above, and from day-to-day until completion of the evidentiary hearing as ordered by the Court; and thereafter to return the inmate to FCI Lompoc.

2. The Warden, is ordered to notify the Court of any change in custody of inmate Jose Angel Zamora, and is ordered to provide the new custodian with a copy of this writ; and

3. The Clerk of the Court is directed to serve a courtesy copy of this order and Writ of Habeas Corpus ad Testificandum on the United States Marshals Service.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden Richard B. Ives of FCI Lompoc, 3600 Guard Road, Lompoc, CA 93436**:

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate, and have been ordered to provide the new custodian with a copy of this writ.

DATED: December 6, 2012.

_UNITED STATES MAGISTRATE JUDGE_

14
zamo0219.writtest

2