IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,               No. 2:  05-cr-0219 KJM JFM

    vs.

JOSE ANGEL ZAMORA,

    Movant.                 ORDER AND WRIT OF HABEAS CORPUS

                                        AD TESTIFICANDUM

_____/

          Movant, Jose Angel Zamora (Register # 15728-097), seeks relief under 28 U.S.C. § 2255 from a sentence of 151 months imprisonment after movant was convicted by a jury of one count of conspiracy to distribute methamphetamine.  An evidentiary hearing in this matter was previously set for January 31, 2013 at 1:00 p.m.

          On December 7, 2012, an order and writ of habeas corpus ad testificandum was issued as to movant requiring his presence at the evidentiary hearing.  (See Dkt. No. 130.) However, the court has continued that hearing until March 28, 2013 at 1:00 p.m in Courtroom # 26 at 501 I Street, Sacramento, California 95814.  Thus, the December 7, 2012 order and writ of habeas corpus testificandum will be vacated and this new order shall issue.  This new order includes a writ of habeas corpus ad testificandum requiring movant's presence on March 28,

1

2013 at 1:00 p.m. in the above mentioned courtroom.

Movant, a federal prisoner, is currently being confined at FCI Lompoc, in Lompoc, California, 93436, in the custody of Warden Richard B. Ives (Warden).[1] To secure this inmate's presence at the March 28, 2013 evidentiary hearing, it is necessary that a Writ of Habeas Corpus ad Testificandum issue.

Accordingly, IT IS HEREBY ORDERED that:

1. The order and writ of habeas corpus ad testificandum (Dkt. No. 130.) issued on December 7, 2012 is VACATED.

2. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this Court, commanding the Warden to produce inmate Jose Angel Zamora so that he may be present and testify at the time and place stated above, and from day-to-day until completion of the evidentiary hearing as ordered by the Court; and thereafter to return the inmate to FCI Lompoc.

3. The Warden, is ordered to notify the Court of any change in custody of inmate Jose Angel Zamora, and is ordered to provide the new custodian with a copy of this writ; and

4. The Clerk of the Court is directed to serve a courtesy copy of this order and Writ of Habeas Corpus ad Testificandum on the United States Marshals Service.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden Richard B. Ives of FCI Lompoc, 3600 Guard Road, Lompoc, CA 93436**:

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above

---

[1] The federal inmate locator currently indicates that movant is "in transit." However, as stated in the order, Mr. Ives is required to provide the new custodian of movant with a copy of this writ.

2

institution.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate, and have been ordered to provide the new custodian with a copy of this writ.

DATED: January 23, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

14
zamo0219.writtest(2)

3