IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,

vs.

JOSE ANGEL ZAMORA,

    Movant.

    _____/

No. 2:05-cr-0219 KJM JFM

ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM

    Movant, Jose Angel Zamora (Register # 15728-097), seeks relief under 28 U.S.C. § 2255 from a sentence of 151 months imprisonment after movant was convicted by a jury of one count of conspiracy to distribute methamphetamine. An evidentiary hearing in this matter was previously set for March 28, 2013.

    On January 24, 2013, an order and writ of habeas corpus ad testificandum was issued as to movant requiring his presence at the evidentiary hearing. (See Dkt. No. 130.) However, the court has vacated that hearing due to the court's unavailability and reset that hearing for May 21, 2013 at 10:00 a.m in Courtroom # 8 at 501 I Street, Sacramento, California 95814. Thus, the January 24, 2013 order and writ of habeas corpus testificandum will be vacated and this new order shall issue. This new order includes a writ of habeas corpus ad testificandum requiring movant's presence on May 21, 2013 at 10:00 a.m. in the above mentioned courtroom.

1

Movant, a federal prisoner, is currently being confined FCI Lompoc, in Lompoc, California, 93436, in the custody of Warden Richard B. Ives (Warden).[1] To secure this inmate's presence at the May 21, 2013 evidentiary hearing, it is necessary that a Writ of Habeas Corpus ad Testificandum issue.

Accordingly, IT IS HEREBY ORDERED that:

1. The order and writ of habeas corpus ad testificandum (Dkt. No. 134.) issued on January 24, 2013 is VACATED.

2. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this Court, commanding the Warden to produce inmate Jose Angel Zamora so that he may be present and testify at the time and place stated above, and from day-to-day until completion of the evidentiary hearing as ordered by the Court; and thereafter to return the inmate to FCI Lompoc.

3. The Warden, is ordered to notify the Court of any change in custody of inmate Jose Angel Zamora, and is ordered to provide the new custodian with a copy of this writ; and

4. The Clerk of the Court is directed to serve a courtesy copy of this order and Writ of Habeas Corpus ad Testificandum on the United States Marshals Service.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden Richard B. Ives of FCI Lompoc, 3600 Guard Road, Lompoc, CA 93436**:

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion

////

---

[1] The federal inmate locator currently indicates that movant is "in transit." However, as stated in the order, Mr. Ives is required to provide the new custodian of movant with a copy of this writ.

2

1 of the proceedings or as ordered by the court; and thereafter to return the inmate to the above
2 institution.

3       **FURTHER**, you have been ordered to notify the court of any change in custody
4 of the inmate, and have been ordered to provide the new custodian with a copy of this writ.
5 DATED:   March 20, 2013.

                                     EDMUND F. BRENNAN
                                     UNITED STATES MAGISTRATE JUDGE

14
zamo0219.writtest(3)