IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,                          No. 2:05-cr-0219 KJM JFM

    vs.

JOSE ANGEL ZAMORA,

    Movant.                               ORDER TO SHOW CAUSE

_____/

    Movant, a federal prisoner proceeding through counsel, moves to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255.  Movant was sentenced to 151 months imprisonment.  On May 9, 2013 the parties were ordered were ordered to submit briefs outlining the issues to be presented at the evidentiary hearing by May 14, 2013.  ECF 137 at 3.  That filing date was extended to May 20, 2013, by the order dated May 15, 2013.  ECF 139.

    Notwithstanding that order, neither party has filed a brief.  Accordingly, IT IS HEREBY ORDERED that both parties shall show cause in writing no later than May 30, 2013 why sanctions should not be imposed for the failure to comply with the court's order.  The parties shall also file the required briefs no later than May 30, 2013.

DATED:  May 23, 2013.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE