IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,               No. 2:05-cr-0219 KJM JFM

    vs.

JOSE ANGEL ZAMORA,

    Movant.                 <u>ORDER AFTER HEARING</u>

_____/

    Movant, a federal prisoner proceeding through counsel, has filed a motion to vacate, set aside or correct the sentence, pursuant to 28 U.S.C. § 2255. On May 29, 2013, the court held a status conference to address the upcoming evidentiary hearing. Michael Bigelow appeared as counsel for movant and Matthew Segal appeared on behalf of the Government.

    For the reasons stated on the record, it is hereby ORDERED that:

    1. An evidentiary hearing is now SET for September 17, 2013, at 9:30 a.m. in Courtroom No. 8.

////

////

////

////

1

1    2. In preparation for the evidentiary hearing, the following briefing schedule is set:[1]

2        a. Movant's briefing outlining the issues to be presented at the evidentiary

3 hearing is due on or before August 20, 2013.

4        b. Respondent's response to movant's briefing is due on or before September 3,

5 2013.

6        c. Movant's reply, if any, is due on or before September 10, 2013.

7    3. Movant and movant's counsel are to preserve all notes and documents in their

8 possession, and any notes and documents they come to possess during the course of this matter.

9    4. The May 23, 2013, order to show cause is discharged.

10   5. Movant's counsel is directed to advise the court of movant's location and request a

11 Writ of Habeas Corpus ad Testificandum no later than August 6, 2013.[2]

12   IT IS SO ORDERED.

13 DATED: June 18, 2013.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] The parties are reminded of the court's order dated May 9, 2013, outlining the briefing requirements. ECF 137. The parties are further reminded of the court's request during the status conference to include legal standards in the briefings.

[2] The court's records indicate movant is currently being confined at FCI Lompoc, in Lompoc, California.