UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:05-cr-219 KJM EFB |
| Respondent, | |
| v. | <u>ORDER</u> |
| JOSE ANGEL ZAMORA, | |
| Movant. | |

Movant, a federal prisoner proceeding with counsel, has filed a motion to vacate, set aside or correct his sentence under 28 U.S.C. § 2255. Because sentence was imposed by a different district judge, the matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 4, 2014, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 155. Movant has filed objections to the findings and recommendations; and respondent filed a reply thereto.[1]

---

[1] Movant's March 31, 2014 request for extension of time and objections were filed forty-one days after the deadline for filing objections passed. ECF Nos. 155 & 156. Nevertheless, the court granted movant's request for extension of time nunc pro tunc. ECF No. 158. Respondent's April 29, 2014 reply was filed twenty-nine days thereafter. ECF No. 159. Considering the significant delay in movant's filings, the court will sua sponte permit respondent's reply despite the untimeliness of the filing. *See* ECF No. 155 ("[a]ny reply to the objections shall be served and

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 4, 2014 (ECF No. 155), are adopted in full;

2. Movant's amended motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (ECF No. 101) is denied;

3. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253; and

4. The Clerk of the Court is directed to close the companion civil case, No. 2:09-cv-670-KJM-EFB.

Dated: June 3, 2014.

_____
UNITED STATES DISTRICT JUDGE

---

filed within fourteen days after service of the objections").